**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 389 MAL 2021

         Respondent           :

                                :    Petition for Allowance of Appeal

                                :    from the Order of the Superior Court

         v.                       :

                                :

QUDRE MCMILLAN,              :

                                :

         Petitioner             :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 30th day of November, 2021, the Petition for Allowance of Appeal is **DENIED**.